# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

United States of America,

                Plaintiff,        Case No. 21-cr-20283

v.                                 Judith E. Levy
                                      United States District Judge

Ken Kenyatta Wilson,
                                      Mag. Judge David R. Grand

                Defendant.

_____/

## ORDER STRIKING DEFENDANT'S *PRO SE* FILINGS [39, 40, 41]

This case is before the Court on three *pro se* filings submitted by Defendant Ken Kenyatta Wilson.[1] (ECF Nos. 39, 40, 41.) The indictment charges Wilson with (1) bank robbery, in violation of 18 U.S.C. § 2113(a) (Count 1); (2) possession of a firearm in furtherance of a crime of violence, in violation of 18 U.S.C. § 924(c)(1)(A) (Count 2); and (3) felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1) (Count 3).

---

[1] On February 18, 2022, the Court issued an order finding that "Wilson is incompetent to stand trial with respect to the charges he is facing in this criminal action." (ECF No. 22, PageID.206.) The Court therefore ordered that Wilson be committed to the custody of the Attorney General under 18 U.S.C. § 4241(d). (*See id.* at PageID.206–207.) Wilson is currently in the Attorney General's custody. (*See* ECF No. 38.)

(ECF No. 1.) Wilson has been represented by attorney Linda D. Ashford since August 1, 2022.[2]

Wilson's submissions, which were filed on the docket by the Clerk's Office on April 12, 2023, are difficult to comprehend. The first filing appears to be a motion to dismiss Counts 2 and 3 of the indictment. (*See* ECF No. 39.) The second filing appears to be a motion for a free copy of the transcript from "the Competency Hearing (12/22/2021) and Detention Hearing (5/12/2021)." (ECF No. 40, PageID.298.) In his third filing, Wilson indicates that he "reserves ALL LAWFUL RIGHTS to appeal ALL US DC JUDGE ARTHUR J. TARNOW'S Orders or Rulings in this case."[3] (ECF No. 41, PageID.310.)

Wilson submitted his *pro se* filings while represented by Attorney Ashford. On June 15, 2022, the Court previously struck from the docket two *pro se* filings submitted by Wilson when he was represented by prior counsel because "the Court [did] not allow Wilson to both represent

---

[2] Wilson was initially represented by attorney Matt Savich. On July 27, 2022, the Court granted Attorney Savich's motion to withdraw as counsel. (*See* ECF No. 33.)

[3] A text-only order entered on February 16, 2022 reassigned this case "from District Judge Arthur J. Tarnow in Detroit to District Judge Judith E. Levy in Ann Arbor pursuant to Administrative Order 22-AO-007."

himself and be represented by counsel." (ECF No. 27, PageID.226.) For the reasons set forth in the Court's June 15, 2022 Order, which the Court incorporates here by reference, the Court again does not allow Wilson to proceed in a hybrid manner. Accordingly, Wilson's *pro se* filings (ECF Nos. 39, 40, 41) are stricken.

IT IS SO ORDERED.

Dated: April 25, 2023　　　　　　　s/Judith E. Levy
　　Ann Arbor, Michigan　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 25, 2023.

　　　　　　　　　　　　　　　　s/Holly Ryan
　　　　　　　　　　　　　　　　HOLLY RYAN
　　　　　　　　　　　　　　　　Case Manager, in the absence of
　　　　　　　　　　　　　　　　William Barkholz