# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

United States of America,

                Plaintiff,        Case No. 21-cr-20283

v.                                      Judith E. Levy
                                      United States District Judge

Ken Kenyatta Wilson,

                                      Mag. Judge David R. Grand

                Defendant.

_____/

## ORDER STRIKING DEFENDANT'S *PRO SE* FILING [45]

This case is before the Court on a *pro se* filing submitted by Defendant Ken Kenyatta Wilson.[1] (ECF No. 45.) The indictment charges Wilson with (1) bank robbery, in violation of 18 U.S.C. § 2113(a) (Count 1); (2) possession of a firearm in furtherance of a crime of violence, in violation of 18 U.S.C. § 924(c)(1)(A) (Count 2); and (3) felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1) (Count 3). (ECF No. 1.)

---

[1] On February 18, 2022, the Court issued an order finding that "Wilson is incompetent to stand trial with respect to the charges he is facing in this criminal action." (ECF No. 22, PageID.206.) The Court therefore ordered that Wilson be committed to the custody of the Attorney General under 18 U.S.C. § 4241(d). (*See id.* at PageID.206–207.) Wilson is currently in the Attorney General's custody. (*See* ECF No. 44.)

Wilson has been represented by attorney Linda D. Ashford since August 1, 2022.[2]

Wilson's submission, which was entered on the docket by the Clerk's Office on August 10, 2023, is titled "Motion Writ of Habeas Corpus 28 USC 2241 for Immediate Release from Illegal Custody." (ECF No. 45, PageID.447.) Wilson states that he "moves to dismiss the case, *at bar*, on all counts cause an USA failure to prosecute the case within the Speedy Trial Act (1974) Statute of Limitations (SOL), failure of Due Process: information, arraignment, indictment, discovery, preliminary hearing(s), trial commencement and Proof of Service(s)." (*Id.*)

Wilson submitted his *pro se* filing while represented by Attorney Ashford. On June 15, 2022, the Court previously struck from the docket two *pro se* filings submitted by Wilson when he was represented by prior counsel because "the Court [did] not allow Wilson to both represent himself and be represented by counsel." (ECF No. 27, PageID.226.) On April 25, 2023, the Court struck from the docket three *pro se* filings Wilson submitted when he was represented by Attorney Ashford. (ECF

---

[2] Wilson was initially represented by attorney Matt Savich. On July 27, 2022, the Court granted Attorney Savich's motion to withdraw as counsel. (*See* ECF No. 33.)

2

No. 42.) For the reasons set forth in the Court's June 15, 2022 Order (ECF No. 27), which the Court incorporates here by reference, the Court again does not allow Wilson to proceed in a hybrid manner. Accordingly, Wilson's *pro se* filing (ECF No. 45) is stricken.

IT IS SO ORDERED.

Dated: September 12, 2023        s/Judith E. Levy
   Ann Arbor, Michigan            JUDITH E. LEVY
                                             United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 12, 2023.

                                       s/William Barkholz
                                       WILLIAM BARKHOLZ
                                       Case Manager