UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

            Plaintiff,      Case No. 21-cr-20283

v.                                  Judith E. Levy
                                  United States District Judge

Ken Kenyatta Wilson,
                                  Mag. Judge David R. Grand

           Defendant.

_____/

ORDER GRANTING THE GOVERNMENT'S
MOTION FOR AN EXTENSION OF TIME [48]

Before the Court is the government's motion for an extension of time. (ECF No. 48.) The government seeks a 120-day extension under 18 U.S.C. § 4241(d)(2) "to provide [Defendant Ken Kenyatta] Wilson with additional treatment to attempt to restore his competency." (ECF No. 48, PageID.474.) The government states that defense counsel was unwilling to stipulate to the extension because Wilson "has indicated, in conversations with defense counsel and in his pro se filings, that he does not believe he should be detained." (*Id.* at PageID.473.)

In its motion, the government references an October 17, 2023 update and extension request provided by Wilson's physician at the Bureau of Prisons (BOP). According to the government, Wilson's physician "noted that Wilson has continued to progress" but "has not yet been restored to competence." (*Id.* at PageID.473–474.) The government states that "the physician opined that there remains a substantial likelihood that Wilson will be restored to competency with continued treatment, noting that it can take up to 12 months of medication to restore competency. To date, Wilson has received medication for eight months." (*Id.* at PageID.474.) The government indicates that Wilson's physician requests a 120-day extension "to provide Wilson with additional treatment in hopes that his competency will be restored." (*Id.*)

Based on the information in the government's motion, including the opinions of Wilson's BOP physician, the Court GRANTS the government's motion for a 120-day extension. (ECF No. 48.) Wilson is committed to the custody of the Attorney General for continued treatment through February 15, 2024.

The parties must file a joint status report by January 31, 2024.

IT IS SO ORDERED.

Dated: October 23, 2023     s/Judith E. Levy
    Ann Arbor, Michigan     JUDITH E. LEVY
                                            United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 23, 2023.

                                       s/William Barkholz
                                       WILLIAM BARKHOLZ
                                       Case Manager