UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

                Plaintiff,        Case No. 21-cr-20283

v.                                     Judith E. Levy
                                      United States District Judge

Ken Kenyatta Wilson,
                                      Mag. Judge David R. Grand

                Defendant.

_____/

**ORDER STRIKING DEFENDANT'S *PRO SE* FILING [51]**

This case is before the Court on a *pro se* filing submitted by Defendant Ken Kenyatta Wilson.[1] (ECF No. 51.) The indictment charges Wilson with (1) bank robbery, in violation of 18 U.S.C. § 2113(a) (Count 1); (2) possession of a firearm in furtherance of a crime of violence, in violation of 18 U.S.C. § 924(c)(1)(A) (Count 2); and (3) felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1) (Count 3).

---

[1] On February 18, 2022, the Court issued an order finding that "Wilson is incompetent to stand trial with respect to the charges he is facing in this criminal action." (ECF No. 22, PageID.206.) The Court therefore ordered that Wilson be committed to the custody of the Attorney General under 18 U.S.C. § 4241(d). (*See id.* at PageID.206–207.)

(ECF No. 1.) Wilson has been represented by attorney Linda D. Ashford since August 1, 2022.[2]

Wilson's submission is a letter directed to the Court that is signed by Wilson and dated January 4, 2024.[3] (ECF No. 51, PageID.480.) The body of the letter states in full:

> The defendant has been subjected to indefinite commitment at USMCFP Springfield, Missouri for four (4) consecutive periods of time without progress. "Furthermore, even if it is determined that the defendant probably soon will be able to stand trial, his continued commitment must be justified by progress toward that goal." Jackson VS. Indiana, 406 US 715, 738, 32 L Ed 2d 435, 92 S. Ct. 1845 (1972). The defendant asks Your Honor to not grant the AUSA or the Doctor another extention [sic] of time.

(*Id.*) On the second page of his filing, beneath the words "PROOF OF SERVICE," Wilson indicates that he mailed a copy of the letter to the Court, "AUSA Sarah A. Youngblood," and "Attorney Linda D. Ashford." (*Id.* at PageID.481.)

---

[2] Wilson was initially represented by attorney Matt Savich. On July 27, 2022, the Court granted Attorney Savich's motion to withdraw as counsel. (*See* ECF No. 33.)

[3] Wilson's letter was filed on the docket by the Clerk's Office on January 16, 2024.

2

Wilson submitted his *pro se* filing—in which he asks that the Court not grant a future extension of his commitment period[4]—while represented by Attorney Ashford. On June 15, 2022, the Court previously struck from the docket *pro se* filings submitted by Wilson when he was represented by prior counsel because "the Court [did] not allow Wilson to both represent himself and be represented by counsel." (ECF No. 27, PageID.226.) On two other occasions—April 25, 2023 (ECF No. 42) and September 12, 2023 (ECF No. 46)—the Court struck from the docket additional *pro se* filings Wilson submitted when he was represented by Attorney Ashford. For the reasons set forth in the Court's June 15, 2022 Order (ECF No. 27), which the Court incorporates here by reference, the Court again does not allow Wilson to proceed in a hybrid manner. Accordingly, Wilson's most recent *pro se* filing (ECF No. 51) is stricken. The Court recommends that Wilson communicate with his lawyer about any issues or requests he would like the Court to consider.

    IT IS SO ORDERED.

Dated: January 18, 2024      s/Judith E. Levy
    Ann Arbor, Michigan      JUDITH E. LEVY
                                              United States District Judge

---

[4] Wilson is currently "committed to the custody of the Attorney General for continued treatment through February 15, 2024." (ECF No. 49, PageID.477.)

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 18, 2024.

                                        s/William Barkholz
                                        WILLIAM BARKHOLZ
                                        Case Manager